# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL PAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:11-CV-2208 JEC |
| McCULLOUGH, PAYNE & HAAN, LLC, ) | |
| ZENITH ACQUISITION CORP., and ) | |
| NORTH STAR CAPITAL ) | |
| ACQUISITIONS, LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ISSUANCE OF SUBPOENA TO CITIBANK N.A.

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Defendants McCullough, Payne & Haan, LLC and Zenith Acquisition Corp., by counsel, have issued a Subpoena to Citbank, N.A. for the production of documents on Monday, October 10, 2011, at 10:00 a.m.

10643342v.1

Respectfully submitted this the 28th day of September, 2011.

HAWKINS PARNELL
  THACKSTON & YOUNG LLP


/s/ M. Elizabeth O'Neill
M. Elizabeth O'Neill
Georgia Bar No. 058163
*Counsel for Defendants*

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia  30308-3243
Telephone:  (404) 614-7400
Telecopier:  (404) 614-7500
E-mail:       eoneill@hplegal.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL PAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:11-CV-2208 JEC |
| McCULLOUGH, PAYNE & HAAN, LLC, ) | |
| ZENITH ACQUISITION CORP., and ) | |
| NORTH STAR CAPITAL ) | |
| ACQUISITIONS, LLC, ) | |
| ) | |
| Defendants. ) | |

## LOCAL RULE 5.4A AND LOCAL RULE 26.3A CERTIFICATE

COMES NOW McCullough, Payne & Haan, LLC and Zenith Acquisition Corp., Defendants in the above-styled action, by and through their counsel of record, and, pursuant to LR 5.4A, NDGa, and LR 26.3A, NDGa, certifies that it has this day served upon all counsel **NOTICE OF ISSUANCE OF SUBPOENA TO CITIBANK, N.A. WITH EXHIBIT,** by depositing the same in an envelope with proper postage affixed thereto and addressed as follows:

10643342v.1

Craig J. Ehrlich
Weisberg & Meyers, LLC
5025 N. Central Ave. #602
Phoenix, Arizona  85012

This the 28th day of September, 2011.

HAWKINS PARNELL
   THACKSTON & YOUNG LLP


/s/ M. Elizabeth O'Neill
M. Elizabeth O'Neill
Georgia Bar No. 058163
*Counsel for Defendants*

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia  30308-3243
Telephone:  (404) 614-7400
Telecopier:  (404) 614-7500
E-mail:       eoneill@hplegal.com

- 4 -

10643342v.1