# EXHIBIT "B"

EXHIBIT "B"

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHERYL PAYNE ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No.** |
| v. ) | **1:11-cv-02208-JEC -GGB** |
| ) | |
| McCULLOUGH, PAYNE & HAAN, LLC, ) | |
| ZENITH ACQUISITION CORP., and ) | |
| NORTH STAR CAPITAL ) | |
| ACQUISITIONS, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## AFFIDAVIT OF CRAIG J. EHRLICH

1. I am competent to testify in a court of law and if called to do so would testify as specified herein.

2. I am one of Plaintiff's attorneys in this matter and was retained to represent Plaintiff in a Federal Fair Debt Collections Practices Act ("FDCPA") claim against Defendants.

3. On September 28, 2011, Defendants filed their Notice of Issuance of Subpoena to Capital One Bank, N.A.

4. Defendants' Notice of Issuance of Subpoena to Capital One Bank, N.A. failed to include a copy of the Subpoena served upon Capital One Bank, N.A. ("Subpoena").

5. Plaintiff first received a copy of the Subpoena via U.S. Mail, on October 4, 2010.

6. The Subpoena demands production of documents by Capital One Bank, N.A. on October 10, 2011.

/s Craig J. Ehrlich
Craig J. Ehrlich
