# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL PAYNE, </br></br>          Plaintiff, </br></br> v. </br></br> McCULLOUGH, PAYNE & HAAN, LLC, ZENITH ACQUISITION CORP., and NORTH STAR CAPITAL ACQUISITIONS, LLC </br>          Defendants. | ) </br> ) </br> ) </br> ) CIVIL ACTION </br> ) FILE NO. 1:11-cv-02208-JEC-GGB </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

**RESPECTFULLY SUBMITTED** this 28th day of August, 2012.

s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
WEISBERG & MEYERS, LLC

                                                  5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 250
(866) 842-3303 (fax)
cehrlich@attorneysforconsumers.com
Attorneys For Plaintiff, Cheryl Payne

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, using the electronic case filing system of the court. Copy of the foregoing was served on counsel of record below via the court's CM/ECF system on this 28th day of August, 2012.

Kathryn S. Whitlock
Hawkins Parnell Thackston & Young, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta GA 30308

                                  WEISBERG & MEYERS, LLC

                                  s/Craig J. Ehrlich
                                  Craig J. Ehrlich
                                  Georgia Bar No. 242240
                                  WEISBERG & MEYERS, LLC

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

>Respectfully submitted,
>
>s/Craig J. Ehrlich
>Craig J. Ehrlich
>Georgia Bar No. 242240
>WEISBERG & MEYERS, LLC